1 Laura E. Krank
Attorney at Law: 220208
2 Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
3 Long Beach, CA 90802
Tel.: (562)437-7006
4 Fax: (562)432-2935
E-mail: Laura.Krank@rksslaw.com
5
Attorneys for Plaintiff
6 Maria T. Hernandez

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| MARIA T. HERNANDEZ, | Case No.: 1:11-cv-659 GSA |
| Plaintiff, | ORDER ON STIPULATION |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.


IT IS SO ORDERED.

Dated:   **November 7, 2011**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE